```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAWRENCE W. RICE, JR.
    STANLEY A. BOONE
 3  Assistant U.S. Attorneys
    Suite 4401, Federal Courthouse
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000

 6  RYAN FAYHEE
    Trial Attorney
 7  National Security Division
    Department of Justice
 8  Washington D.C. 20005

 9

10            IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,     )   1:10-cr-00269 AWI
                                  )
14          Plaintiff,            )
                                  )   STIPULATION AND ORDER
15      v.                        )   CONTINUING STATUS CONFERENCE
                                  )   FROM OCTOBER 4, 2010, TO
16  GWC VALVE INTERNATIONAL, INC.,)   DECEMBER 6, 2010.
    dba GWC Valve Europe,         )
17  GWC Valve Middle East FZC;    )
    and DAVID BRIAN MEADOR,       )
18                                )
            Defendants.           )
19  _____)

20

21      The United States of America, by and through Benjamin B.

22  Wagner, United States Attorney for the Eastern District of

23  California, Dawrence W. Rice, Jr. And Stanley A. Boone, Assistant

24  U.S. Attorneys, and Ryan Fayhee, Trial Attorney, National Security

25  Division, U.S. Department of Justice, and defendants GWC Valve

26  International, Inc. and David Brian Meador, by and through their

27  counsel, Francis J. Burke, Jr., Esq., Steptoe & Johnson LLP,

28  hereby STIPULATE and AGREE that the status conference regarding
```

1

1 sentencing, currently scheduled for October 4, 2010, at 1:30 p.m.,
2 be continued to December 6, 2010, at 1:30 p.m.

3 DATED: September 30, 2010                Respectfully submitted,

4                                          BENJAMIN B. WAGNER
                                           United States Attorney
5
                                           By /s/Dawrence W. Rice, Jr.
6                                            DAWRENCE W. RICE, JR.
                                           Assistant U.S. Attorney
7
                                           By /s/Stanley A. Boone
8                                            STANLEY A. BOONE
                                           Assistant U.S. Attorney
9
                                           By /s/ Ryan Fayhee
10                                           RYAN FAYHEE
                                           Trial Attorney
11                                         National Security Division
                                           U.S. Department of Justice
12

13 DATED: September 30, 2010                /s/ Francis J. Burke
                                           FRANCIS J. BURKE, ESQ.
14                                         STEPTOE & JOHNSON LLP
                                           Counsel for Defendants
15

16                                   ORDER

17    IT IS ORDERED that the status conference regarding
18 sentencing, currently scheduled for October 4, 2010, at 1:30 p.m.,
19 be continued to December 6, 2010, at 1:30 p.m.
20
21 IT IS SO ORDERED.
22
   Dated:      September 30, 2010
23                                  CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28