STEPTOE & JOHNSON LLP
FRANCIS J. BURKE, JR (SBN 75970)
fburke@steptoe.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:(310) 734-3200
*Attorneys for Defendants*

BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE, JR.
STANLEY A. BOONE
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

RYAN FAYHEE
Trial Attorney
National Security Division
Department of Justice
Washington, D.C. 2005

FILED
DEC 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GWC VALVE INTERNATIONAL, INC., dba GWC Valve Europe, GWC Valve Middle East FZC, and DAVID MEADOR <br><br> Defendants. | Case No.: 1:10-CR-00269-AWI <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM DECEMBER 6, 2010 TO FEBRUARY 7, 2011** <br><br> Judge: Hon. Anthony W. Ishii |

Defendants GWC Valve International, Inc. and David Brian Meador, by and through their counsel, Francis J. Burke, Jr., Esq., Steptoe & Johnson LLP, and The United States of America, by and through Benjamin B. Wagner, United States Attorney for the Eastern District of California, Dawrence W. Rice, Jr., and Stanley A. Boone, Assistant U.S. Attorneys, and Ryan Fayhee, Trial Attorney, National Security Division,

1 | U.S. Department of Justice, hereby STIPULATE and AGREE that the status conference
2 | regarding sentencing, currently scheduled for December 6, 2010, at 1:30 p.m., be
3 | continued to February 7, 2011, at 1:30 p.m.

Dated: December 3, 2010            Respectfully submitted,

                                                   STEPTOE & JOHNSON LLP

                                                 By:   /s/ Francis J. Burke, Jr.
                                                         FRANCIS J. BURKE, JR.

                                                *Attorneys for Defendants*

Dated: December 3, 2010            BENJAMIN B. WAGNER
                                               United States Attorney

                                               By:   /s/ Dawrence W. Rice, Jr..
                                                         DAWRENCE W. RICE, JR.
                                                         Assistant U.S. Attorney

                                               By:   /s/ Stanley A. Boone
                                                         STANLEY A. BOONE
                                                         Assistant U.S. Attorney

                                             By:   /s/ Ryan Fayhee
                                                         RYAN FAYHEE
                                                         Trial Attorney
                                                         National Security Division
                                                         U.S. Department of Justice

## ORDER

IT IS ORDERED that the status conference regarding sentencing, currently scheduled for December 6, 2010 at 1:30 p.m., be continued to February 7, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   *12-3-10*

                                                    CHIEF UNITED STATES DISTRICT JUDGE