BENJAMIN B. WAGNER
United States Attorney
DAWRENCE W. RICE. JR.
STANLEY A. BOONE
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

RYAN P. FAYHEE
Trial Attorney
National Security Division
Department of Justice
Washington D.C. 20005

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GWC VALVE INTERNATIONAL, INC., dba, GWC Valve Europe, and GWC Valve Middle East FZC, <br> Defendant. | 1:10-CR-00269-AWI <br><br> ORDER FOR FORFEITURE MONEY JUDGMENT |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant GWC Valve International, Inc. dba GWC Valve Europe, and GWC Valve Middle East FZC (hereafter "GWC Valve"),

IT IS HEREBY ORDERED that

1. The defendant GWC Valve shall forfeit to the United States the sum of $410,833.82 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2. Any funds applied towards such judgment shall be forfeited

to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by Customs and Border Protection, in its secure custody and control.  The money judgment may be paid either thirty days prior to sentencing or, at defendant's option, may be paid in eight (8) quarterly installments with interest accruing at 6.25 percent per annum from the date of the first installment, with such installments beginning no later than 180 days following the execution of the plea agreement.  On March 22, 2011, defendant GWC Valve submitted their first and second quarterly installment payments in the amount of $110,060.74 to the United States.

   3.   This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  Collection of the money judgment shall be stayed so long as payments are timely paid. Failure to make complete and timely payments will be considered breach of the Plea Agreement.

   4.   The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $410,833.82 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:      April 21, 2011        _____
                                  CHIEF UNITED STATES DISTRICT JUDGE