**Report and Order Terminating**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) Docket No.:  0972 1:10CR00269-001 |
| **GWC Valve International Inc** | ) |
| | ) |
| | ) |

On May 9, 2011, the above-named was placed on Probation for a period of five years.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
Supervising United States Probation Officer

Dated:   October 30, 2014
          Bakersfield, California
          LES:dk

Re:     **GWC Valve International Inc**
         Docket No:   0972 1:10CR00269-001
         Report and Order Terminating
         <u>Prior to Original Expiration Date</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that   GWC Valve International Inc   be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   October 30, 2014                    _____
                                              SENIOR  DISTRICT  JUDGE